No. 12–47. GARCIA *v.* WHIRLPOOL CORP. C. A. 6th Cir. Certiorari denied.

No. 12–50. SALCIDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–51. CARLSON ET AL. *v.* WIGGINS, JUSTICE, SUPREME COURT OF IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–53. CUATRO DEL MAR *v.* IMPERIAL IRRIGATION DISTRICT. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 12–54. HWANG, AKA LUCAS *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 12–57. COLLINS ET AL. *v.* KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 12–58. GONZALEZ *v.* DEPARTMENT OF HOMELAND SECURITY. C. A. Fed. Cir. Certiorari denied.

No. 12–59. GIBSON ET VIR *v.* AMERICAN GREETINGS CORP. C. A. 8th Cir. Certiorari denied.

No. 12–60. FISHER ET AL. *v.* COMMUNICATIONS WORKERS OF AMERICA ET AL. Ct. App. N. C. Certiorari denied.

No. 12–64. MAVERICK ENTERPRISES, LLC, ET AL. *v.* CITY OF ALABASTER, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–65. MATTHIES *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 12–67. ALMOND ET AL. *v.* UNIFIED SCHOOL DISTRICT #501. C. A. 10th Cir. Certiorari denied.

No. 12–69. JONES *v.* UNIVERSITY OF HAWAII ET AL. Int. Ct. App. Haw. Certiorari denied.